IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Griffin, Sheryl

Printed: 01/29/09

Case Number: 08 B 23880
Judge: Hollis, Pamela S
Filed: 9/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 297.08 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 297.08 |
| Totals: | 297.08 | 297.08 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Balaban Furniture Ltd | Secured | 672.64 | 0.00 |
| 2. | Peoples Energy Corp | Unsecured | 348.22 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 890.55 | 0.00 |
| 4. | Americredit Financial Ser Inc | Unsecured | 1,502.85 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 108.90 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 167.59 | 0.00 |
| 7. | Westlake Financial Services | Unsecured | 667.26 | 0.00 |
| 8. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 9. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 10. | Harris & Harris | Unsecured |  | No Claim Filed |
| 11. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 13. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 14. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 15. | H&F Law | Unsecured |  | No Claim Filed |
| 16. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 17. | Nationwide Cassel | Unsecured |  | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 19. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 20. | Nationwide Cassel | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,358.01 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Griffin, Sheryl

Printed: 01/29/09

Case Number:  08 B 23880
Judge:  Hollis, Pamela S
Filed:  9/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

